Obert BLACKSTAD, et al.,
Respondents,

v.

John HANSON, Appellant.

No. C2–83–497.

Supreme Court of Minnesota.

Feb. 20, 1985.

Rehearing Denied Feb. 20, 1985.

Paul A. Skjervold, Shorewood, for respondents.

Keith A. Hanson, Hopkins, for appellant.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the petition for rehearing be, and the same is, denied.

Respondents are awarded $250.00 in attorney fees as their cost in defending the appeal.